

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| THE STATE OF TEXAS, | | No. 08-18-00215-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| V. | | 384th District Court |
| | § | |
| ALFRED CORRAL, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 20170D02456) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the State's motion to dismiss the appeal, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.